IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| Plaintiff,   ) | |
| ) | |
| vs.                                                        ) | No. 1:18-cr-02181-JB |
| ) | |
| STEVEN MORALES, a.k.a. "SYKLON"  ) | |
| ) | |
| Defendant.   ) | |

## UNOPPOSED MOTION FOR CONTINUANCE

Defendant Steven Morales, by and through his counsel of record, Leah M. Stevens-Block of Sheehan & Sheehan, P.A., hereby moves this Honorable Court for a sixty-day continuance of the sentencing hearing currently scheduled for May 10, 2019, and in support of his motion states:

1. Sentencing in this matter is currently scheduled for May 10, 2019.

2. The Government is evaluating his cooperation and assistance in a pending federal case against the SNM gang. It will impact his overall sentencing potential.

3. Additional time is needed for this evaluation.

4. Assistant United States Attorney Maria Armijo does not oppose this motion for continuance.

5. The parties request a sixty-day continuance.

WHEREFORE, Defendant Steven Morales respectfully requests this Honorable Court grant his motion and continue the sentencing hearing.

Respectfully submitted,

/s/ Leah M. Stevens-Block
Leah M. Stevens-Block
SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendant*
P.O. Box 271
Albuquerque, NM 87103
(505) 247-0411; (505) 842-8890 (fax)
lsb@sheehansheehan.com

I hereby certify that a true and correct copy of the foregoing was electronically filed this 25th day of April, 2019 to:

Maria Ysabel Armijo
Office of the U.S. Attorney
Maria.armijo@usdoj.gov

Randy Castellano
Office of the U.S. Attorney
Randy.castellano@usdoj.gov

/s/ Leah M. Stevens-Block
Leah M. Stevens-Block